IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PROMO IMAGE DIGITAL CENTER INC.                    CASE #11-10308 ESL

DEBTOR                                             CHAPTER 11

---

## DISCLOSURE STATEMENT

### 1.    INTRODUCTION:

**PROMO IMAGE DIGITAL CENTER INC.,** as debtor in possession, provides this Disclosure Statement to all its known creditors in order to disclose the information deemed by debtor to be material, important and necessary for its creditors to arrive at a reasonably informed decision, in exercising their right to vote for Acceptance or Rejection of Debtor's Plan of Reorganization dated October 8th 2012, hereinafter referred to as the Plan, presently filed with the Court. A copy of the Plan accompanies this statement.

### DISCLAIMER

Creditors are advised that the financial information contained in this Disclosure Statement has not been the object of an audit and is not certified by independent public accountants, except where expressly stated otherwise. The Debtor does not warrant or represent that the information contained herein is without inaccuracy not withstanding its efforts to disclose all matters with careful attention to accuracy and completeness.

### VOTING REQUIREMENTS

The Court will set a hearing on the Acceptance or Rejection of the Plan Of Reorganization after this Disclosure Statement has been approved by the Court. In order for the Plan to be confirmed by the Bankruptcy Court, the Bankruptcy Code requires that the Plan be approved by all classes of creditors and interest holders or that the Court find that the Plan is "fair and equitable" as to any dissenting class.

As provided by 11 U.S.C. 1124, a class of claims or interests is impaired under a plan unless, with respect to each claim or interest of such a class, the plan

(1) leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim or interest; or

(2) notwithstanding any contractual provision or applicable law that entitles the holder of such claim or interest to demand or receive accelerated payment of such claim or interest after the occurrence of a default

(A) cures any such default that occurred before or after the commencement of the case under this title, other than a default of a kind specified in Section 365(b) of this title;

(B) reinstates the maturity of such claim or interest as such maturity existed before such default;

(C) compensates the holder of such claim or interest for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; and

(D) does not otherwise alter the legal, equitable, or contractual rights to which such claim or interest entitles the holder of such claim or interest.

Ordinarily, but not in all circumstances, a plan may not be confirmed unless at least one impaired, assuming there is at least one impaired class, accepts the plan. A class has accepted the plan if such a plan has been accepted by creditors, other than those under 11 U.S.C. 1126(e), that hold at least two-thirds (2/3) in amount and more than one half (½) in number of the allowed claims of such class held by creditors, that have accepted or rejected such plan, i.e., those actually voting for the Plan. Creditors may vote for the acceptance or rejection of the plan.

Each creditor is urged to consult with its own attorney and obtain advice on the proposals and dispositions of the Disclosure Statement and Plan of Reorganization. The statements contained herein are only a brief summary of the confirmation process and should not be relied upon in making your determination as to whether to vote in favor of or against the plan. Creditors should consult

2

their attorneys before making a determination to vote for or against the Plan.

Creditors are expressly referred to the Debtor's Schedules of Assets and Liabilities, the Statement of Financial Affairs and all other documents duly filed in this case with the Bankruptcy Court. This Disclosure Statement is predicated upon certain assumptions which may not materialize, and you are urged to give consideration to such assumptions.

No representation concerning the Debtor or as to the actual or realizable value of its property, are authorized by the Debtor other than as set forth in this Disclosure Statement. Any amendments or clarifications to this Disclosure statement or the Plan shall be in writing and filed with the Court.

## 2.    BRIEF HISTORY OF DEBTOR:

PROMO IMAGE DIGITAL CENTER INC. (DEBTOR), is a family own corporation organized under the laws of the Commonwealth of Puerto Rico, organized on August 7, 2002 under Corporation Registry Number 129625 and in Good Standing with the Department of State of Puerto Rico. Johan M. Erazo Rodriguez is the President of the corporation and co-owner in a fifty (50%) of the stocks. Myrta M. Rodriguez Adorno is vicepresident of the corporation and co-owner with fifty (50%) of the stocks. Debtor provides photocopy and digital printing services to clients in the San Juan Metropolitan Area, Rio Piedras and other locations in Puerto Rico but specifically students and professors at the University of Puerto Rico, Rio Piedras campus. Debtor provides its services from the commercial leased facility located at Domingo Cabrera St. # 548, Santa Rita Rio Piedras, Puerto Rico. Debtor does not own or operate any other business. Debtor does not own any real property.

At the date of the filing of the Chapter 11 petition, Debtor had assets of $7,600.00 and liabilities of $ 54,252.70. In an effort to provide a solution to this matter, Debtor is proposing a plan to cure and pay the priority obligations allowed in full in 60 months from the effective date and pay 5% to the unsecured claims that are allowed within a period no longer than 60 months.

The operating reports and statements filed since the filing were prepared by Debtor.

## 3.    EVENTS LEADING TO BANKRUPTCY:

With the new technology sending documents (Email; Electronic filings at Federal Courts), in addition to the general economic crisis in all business, the services provided has been reduced with the effect of reduce income. This has caused a reduction on monthly cash flow which severely affected Debtor's working capital causing also arrears with the obligations of the corporation; specifically debts with PR Department of Treasury (Hacienda) and IRS among others. As a precaution and existing the possibility of an attachment by the government agencies and a collection case filed by Xerox Corporation debtor was thus forced to file the instant petition under Chapter 11 of the Bankruptcy Code to protect the operation of its business. Debtor has continued operating as Debtor In Possession since then and is now in a position to propose a Plan of reorganization to creditors.

## 4.    FINANCIAL INFORMATION:

Debtor's financial information is herein provided as Exhibit #1 which are the projections for the five (5) years of the proposed Plan and a schedule of the payments to be made under the Plan.

The information provided in the Schedules and the Statement of Financial Affairs filed with the Court, reflect the Debtor's financial situation on the date of the petition.

Monthly Operating Reports available in the Bankruptcy Court's file, reflect Debtor's post petition finances. The Monthly Operating Reports provided by Debtor have been considered to establish the basis for payments under the Plan.

Debtor urges creditors and parties in interest to also review the documents available on file at the Bankruptcy Court, in order to make a conscious decision when voting **for or against** the proposed plan of reorganization herein provided by the Debtor.

## 5.    ASSETS AND LIABILITIES

PROMO IMAGE DIGITAL CENTER INC. filed a voluntary bankruptcy petition on November 30, 2011 under case number 11-10308 ESL; originally under chapter 7. The case was converted to Chapter 11 on March 8, 2012. The schedules filed showed total assets of $7,600.00 .

4

Debtor does not own any real property. Debtor's liabilities included are in the amount of $54,252.70. Debtor has a Lease Agreement with Johan M. Erazo Rodriguez dated March 1, 2007 on a month by month basis. The monthly rental is at the rate of $1,500.00, for the duration of the contract. PROMO IMAGE DIGITAL CENTER INC. assets and value thereof are addressed in the projections prepared by Debtor. Copy attached. In addition Debtor will have a reasonable increase in the accounts receivables due to additional efforts and promotion in the digital printing area which will be show in the proposed projected income. Debtor believes that this together with proper management will allow Debtor to remain under the protection of the Bankruptcy Code.

## 6. LIABILITIES AS OF PETITION DATE

Debtor's creditors as of the time of the petition were listed as follows:

### UNSECURED PRIORITY CREDITORS

Debtor listed Internal Revenue Service as an unsecured priority creditor. Claim #1 was filed by Municipio de San Juan amount of $3,225.38 claimed as priority. Puerto Rico Department of Labor has filed Claims #2 and #3 in the amount $27.81 of which $27.50 is claimed as priority. The Internal Revenue Service filed claim #4 in the amount of $ 660.52 of which $516.48 is claimed as priority. CRIM has filed claim #5 claiming $2,572.72 as priority. The Puerto Rico Department of Treasury has filed claims #6, #7, #8 and #9 in the amount of $103,200.11 of which $76,412.21 is claimed as priority.

### GENERAL UNSECURED CREDITORS

Proof of claims have been filed by unsecured claimants in the amount of $561.91 and which are not disputed.

## 7. OWNERSHIP AND MANAGEMENT:

5

PROMO IMAGE DIGITAL CENTER INC. is a closely held corporation. The president of the Corporation Johan M. Erazo Rodriguez is a 50% Stock Holder and Myrta M. Rodriguez Adorno owns the other 50% of the stocks of the Corporation. Liza I. Erazo is the administrator of the corporation and is responsible for the performance of the existing operation of the corporation. None of the insiders or directors receive any compensation from Debtor, as was testified at the 341 meeting of creditors. Debtor estimates that the administrative expenses including attorney and accountants fees will not be greater than $7,000.00.

## 8. LIQUIDATION ANALYSIS

One requirement for the confirmation of a plan under Chapter 11 of the Code is that with respect to each impaired class of claims, each claim holder of such class has accepted the plan or will receive or retain under the plan on account of such allowed claim, a value as of the effective date of the plan, that is not less than the amount such claim holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code, on such date. In order to provide the value as of the effective date of the plan under Chapter 7 of the Code, the Debtor provides the following liquidation analysis. For the purpose of determining a liquidation value, the scheduled value of the property, has been determined at market value and adjusted using Debtor's experience as to the liquidation value of the office equipment and the inventory.

The liquidation analysis prepared for this case, after deducting the portion belonging to the payroll obligation, shows that the estimated dividend for the unsecured creditors under a Chapter 7 scenario is less than 1% of the debt. Under the proposed plan of reorganization Debtor provides a 100% dividend to all allowed unsecured creditors to be payable in not more than five (5) years from the effective date.

## 9. SUMMARY OF PLAN:

Debtor's Amended Plan Of Reorganization dated October 8, 2012 classifies and treats claims as follows:

6

**DESIGNATION OF CLASSES OF CLAIMS AND INTERESTS:**

The plan divides the creditors into classes in accordance with the dispositions of 11 U.S.C. 1122 and 1123. Creditors and other parties in interest are urged to read and consider the Plan in full inasmuch as it represents a proposed legally binding agreement with Debtor and any other party involved. The classes of creditors are as follows:

( 1) Class 1 shall consist of allowed Cost and Expenses of Administration as defined in the Bankruptcy Code under Section 503, including but not limited to the fees to the United States Trustee, fees and expenses of the Debtor's counsel and accountant as may be allowed by the Bankruptcy Court upon application thereof and after notice and hearing in accordance with the Bankruptcy Code and Rules, any unpaid taxes or fees accrued since petition date and court costs accrued since the petition date.

( 2) Class 2 consists on all secured claims or portions of claims to date filed.

( 3 ) Class 3are claims entitled to priority pursuant to 11 U.S.C. Sections 507 (a)(2),(3), (4), (5), (6), (7),(8) and (9) of the Bankruptcy Code, as the same are allowed, approved and ordered paid by the Court. Any amounts owed under this class will be paid in full over a period not exceeding five (5) years from the effective date of the plan.

(4) Class 4 are unsecured claims whose claims to the extent that such claims are approved and allowed by the Court or deemed allowed under the provisions of the Bankruptcy Code. Each member of this class will receive a distribution equal to 100% of its claim pursuant to the terms and conditions of the plan, that is during the five (5) years following the effective date.

Classes 1, 2 and 3 are not impaired by the Plan. Class 4 is impaired by the Plan.

**10.    TREATMENT OF CLASSES**

Claims are divided into four classes and their treatment is described below. Class 1 is not impaired by the Plan.

**CLASS 1** Shall consist of allowed Administrative expense priority claims as provided under Section 503 of the Code, including but not limited to the fees to the United States Trustee, fees and expenses of the Debtor's counsel and accountant as may be allowed by the Bankruptcy Court upon application thereof and after notice and hearing in accordance with the Bankruptcy Code and Rules, any unpaid taxes or fees accrued since petition date and court costs accrued since the petition date.

This class shall be paid in cash and in full on the Effective Date or as soon as feasible after the date any such claim becomes an allowed Administrative claim, or as otherwise due in the normal course of Debtor's activities.

**CLASS 2** Shall consists on all secured claims or portions of claims. As to this date the are no secured claims filed. Any amount owed under this class will be paid in full over a period not exceeding five (5) years from the effective date of the Plan.

**CLASS 3** are the claims of taxing authorities entitled to priority pursuant to 11 U.S.C. section 507 (a) (7) to the extent that such claims are allowed and ordered paid by the Court. Claims allowed in this class will be paid in full as provided in 11 U.S.C. section 1129 (a) (9) ©.

**CLASS 4** are the claims of unsecured creditors without priority to the extent that such claims are not disputed and are allowed and ordered paid by the Court. Creditors in this class will be paid in full.

THE FOREGOING IS A PRESENTATION OF THE CLASSIFICATION OF CLAIMS UNDER THE PLAN. CREDITORS ARE URGED TO READ THE PLAN IN FULL. THEY ARE FURTHER URGED TO CONSULT WITH COUNSEL IN ORDER TO FULLY UNDERSTAND THE PLAN.

Debtor's estate, consisting of a checking account, office equipment and inventory, and, being

8

able to continue operations and generating income, will allow for the payment of the priority creditors allowed, with a full payment also to unsecured creditors (Class 3).

## LEASES AND EXECUTORY CONTRACTS

Debtor is a party to the lease set forth in the attached Exhibit #2. Debtor assumes said lease.

### APPROVAL OF THE PLAN:

It is important that you exercise your right to vote on acceptance or rejection of the Plan. A ballot form is attached which you may use for this purpose.

RESPECTFULLY SUBMITTED in San Juan , Puerto Rico, this 8th day of October, 2012.

**PROMO IMAGE DIGITAL CENTER INC.**

BY:   S/Myrta Rodriguez Adorno

**MYRTA RODRIGUEZ ADORNO**
**Vice-President**

I hereby certify that on this date true and correct copies of this Disclosure Statement and Plan of Reorganization, has been electronically filed with the Clerk of Court using the CM/ECF System which will notify the parties in interest.

s/Luis D. Flores González
Luis D. Flores González 121505
Attorney for Debtor
Georgetti #80 Suite 202
RíoPiedras, Puerto Rico 00925
Tel. 758-3606    Fax 753-5317
ldfglaw@coqui.net

9

PROMO IMAGE DIGITAL CETER   INC.
CASE # 11-10308  ESL

## LIST OF EXHIBITS

| | |
|---|---|
| REVENUE PROJECTIONS | EXHIBIT # 1 |
| BUSINESS INCOME STATEMENT | EXHIBIT #2 |
| MONTHLY OPERATING REPORT AUGUST 2012 | EXHIBIT # 3 |
| BALLOT | EXHIBIT # 4 |
| CLAIMS REGISTER | EXHIBIT # 5 |

# EXHIBIT  1

**Case #   11-10308  PROMOIMAGE**                                          **EXHIBIT 1**

REVENUE PROJECTION ACCOMPANYING DISCLOSURE STATEMENT

DATE                     10/16/2012

| CLAIM # | CREDITOR | CLAIM AMOUNT | CLAIM SECURED | CLASS 3 PRIORITY | CLASS 4 UNSECURED |
|---|---|---|---|---|---|
| Claim #1 | MUNICIPIO SAN JUAN | $ 3,225.38 | | $ 3,225.38 | |
| Claim #2 | P.R. DEPT. OF LABOR | 20.48 | | 20.48 | |
| Claim #3 | P.R. DEPT. OF LABOR | 7.33 | | 7.02 | 0.31 |
| Claim #4 | IRS | 660.52 | | 516.48 | 144.04 |
| Claim #5 | CRIM | 3,167.50 | | 2,572.72 | 594.78 |
| Claim #6 | DEPT. OF TREASURY | 1,778.39 | | 891.38 | 887.01 |
| Claim #7 | DEPT. OF TREASURY | 299.00 | | 299.00 | |
| Claim #8 | DEPT. OF TREASURY | 1,356.33 | | 1,210.28 | 146.05 |
| Claim #9 | DEPT. OF TREASURY | 1,382.39 | | 1,382.39 | |
| **Total Debt** | | $ 11,897.32 | $ - | $ 10,125.13 | $ 1,772.19 |
| **Proposed Payment %** | | 100% | 100% | 100% | 100% |
| **Proposed Amount** | | $ 11,897.32 | $ - | $ 10,125.13 | $ 1,772.19 |

| | | Proposed Payment Plan | | | |
|---|---|---|---|---|---|
| 1/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 2/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 3/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 4/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 5/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 6/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 7/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 8/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 9/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 10/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 11/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 12/1/2013 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 1/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 2/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 3/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 4/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 5/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 6/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |
| 7/1/2014 | Projected monthly payment | $198.29 | | $ 168.76 | $ 29.54 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/1/2014 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 9/1/2014 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 10/1/2014 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 11/1/2014 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 12/1/2014 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 1/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 2/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 3/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 4/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 5/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 6/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 7/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 8/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 9/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 10/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 11/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 12/1/2015 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 1/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 2/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 3/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 4/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 5/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 6/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 7/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 8/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 9/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 10/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 11/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 12/1/2016 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 1/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 2/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 3/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 4/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 5/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 6/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 7/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 8/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 9/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 10/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 11/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| 12/1/2017 | Projected monthly payment | $198.29 | $ | 168.76 | $ | 29.54 |
| | **Plan's Total** | $   11,897.40 | $        - | $   10,125.60 | $   1,772.40 |

**EXHIBIT  2**

**BUSINESS INCOME STATEMENT**
**FROM MARCH 2012 THROUGH AUGUST 2012**

IN RE: PROMO IMAGE DIGITAL

CASE NO: 11-010308-11

CASE FILED: 1-23-2012

| | MARCH | APRIL | MAY | JUNE | JUL | AUG | YTD TOTAL |
|---|---|---|---|---|---|---|---|
| **REVENUES** | 21,885.79 | 8,123.36 | 17,069.13 | 15,193.65 | 9,456.91 | 20,654.66 | 92,383.50 |
| **EXPENSES** | | | | | | | |
| BANK CHARGES | 360.21 | 36.39 | 240.26 | 228.46 | 246.67 | 276.64 | 1,388.63 |
| PROF. SERVICES | 856.00 | 150.00 | 150.00 | - | 150.00 | 150.00 | 1,456.00 |
| MANAGEMENT FEES | 2,042.68 | - | - | - | - | 1,400.00 | 3,442.68 |
| EQUIPMENT RENTAL | - | 2,507.92 | - | - | - | 1,615.81 | 4,123.73 |
| PRINTING MATERIAL | 710.33 | 1,593.15 | 9,175.82 | 3,505.27 | 2,830.61 | 5,392.96 | 23,208.14 |
| PAYROLL | 2,229.20 | 3,077.83 | 3,356.08 | 7,815.95 | 465.00 | 2,000.00 | 18,944.06 |
| RENT | 2,484.89 | 264.87 | 3,081.72 | 2,962.74 | 2,212.74 | 4,954.01 | 15,960.97 |
| REPAIRS/MAINTENANCE | - | - | 850.00 | - | 305.00 | - | 1,155.00 |
| QUARTER FEE | - | - | 325.00 | - | - | - | 325.00 |
| PAYROLL TAXES | - | - | 121.44 | - | - | - | 121.44 |
| OTHER OPERATING EXP | - | - | - | - | 3,000.00 | - | 3,000.00 |
| **TOTAL** | 8,683.31 | 7,630.16 | 17,300.32 | 14,512.42 | 9,210.02 | 15,789.42 | 73,125.65 |
| **NET INCOME** | 13,202.48 | 493.20 | (231.19) | 681.23 | 246.89 | 4,865.24 | 19,257.85 |

**EXHIBIT 3**

**EXHIBIT  4**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

PROMO IMAGE DIGITAL CENTER, INC.      .      CASE# 11-10308 ESL

Debtor                            CHAPTER 11

### BALLOT FOR CREDITORS ACCEPTING
### OR REJECTING PLAN

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class rejecting it. **To have your vote count, you must complete and return this ballot.**

The undersigned, a general creditor of the above Debtor in the unpaid principal amount of $_____$,

**Check One:**

_____ **Accepts**                     Class_____

_____ **Rejects**

**Dated:** _____

(Print or Type)
Name: _____

Signed: _____

Address: _____

_____

**Return this ballot to:**

**Luis D. Flores González, Esq.**
**Calle Georgetti #80 Suite 202**
**Río Piedras, Puerto Rico 00925**

**Tel. 787-758-3606 Fax 787-753-5317**
**ldfglaw@coqui.net**

**EXHIBIT 5**

# District of Puerto Rico
# Claims Register

## 11-10308-ESL11 PROMO IMAGE DIGITAL CENTER INC **Converted** 03/08/2012

**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE INCLAN
**Office:** Old San Juan
**Trustee:**

**Chapter:** 11
**Last Date to file claims:** 07/16/2012
**Last Date to file (Govt):**

---

| Creditor: (3447369)<br>Municipio de San Juan<br>PO Box 70179<br>San Juan, PR 00936-7179 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 03/20/2012<br>*Original Entered*<br>*Date:* 03/20/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MYRA MITZEL VELEZ PLUMEY<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $3225.38 | |
|---|---|---|---|
| Priority | claimed: | $3225.38 | |

| *History:* | | | | |
|---|---|---|---|---|
| Details | | 1-1 | 03/20/2012 | Claim #1 filed by Municipio de San Juan, Amount claimed: $3225.38 (VELEZ PLUMEY, MYRA ) |

*Description:* (1-1) Sales Tax

*Remarks:*

---

| Creditor: (3458500)<br>Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 04/04/2012<br>*Original Entered*<br>*Date:* 04/04/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ANTONIO R LANZAR<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $20.48 | |
|---|---|---|---|
| Priority | claimed: | $20.48 | |

| *History:* | | | | |
|---|---|---|---|---|
| Details | | 2-1 | 04/04/2012 | Claim #2 filed by Puerto Rico Department of Labor, Amount claimed: $20.48 (LANZAR, ANTONIO ) |

*Description:*

*Remarks:*

---

| Creditor: (3458500)<br>Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 04/04/2012<br>*Original Entered*<br>*Date:* 04/04/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ANTONIO R LANZAR<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $7.33 | |
|---|---|---|---|
| Priority | claimed: | $7.02 | |

| *History:* | | |
|---|---|---|
| | | |

| Details | | 3-1 | 04/04/2012 | Claim #3 filed by Puerto Rico Department of Labor, Amount claimed: $7.33 (LANZAR, ANTONIO ) |

Description:

Remarks:

---

| Creditor:    (3461504) INTERNAL REVENUE SERVICE INSOVENCY UNIT CITY VIEW PLAZA II 48 CARR 165 SUITE 2000 GUAYNABO, PR 00968-8000 | Claim No: 4 Original Filed Date: 04/19/2012 Original Entered Date: 04/19/2012 | Status: Filed by: CR Entered by: ROSALIND CRAIN Modified: |

| Amount | claimed: | $660.52 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $516.48 |

History:

| Details | ● | 4-1 | 04/19/2012 | Claim #4 filed by INTERNAL REVENUE SERVICE, Amount claimed: $660.52 (CRAIN, ROSALIND ) |

Description:

Remarks:

---

| Creditor:    (3379962) CRIM OFFICE LEGAL COUNSEL PO BOX 195387 SAN JUAN, PR 00919-5387 | Claim No: 5 Original Filed Date: 04/23/2012 Original Entered Date: 04/23/2012 | Status: Filed by: CR Entered by: LOURDES BURGOS FIGUEROA Modified: |

| Amount | claimed: | $3167.50 |
| Priority | claimed: | $2572.72 |

History:

| Details | ● | 5-1 | 04/23/2012 | Claim #5 filed by CRIM, Amount claimed: $3167.50 (BURGOS FIGUEROA, LOURDES ) |

Description: (5-1) PERSONAL PROPERTY TAXES

Remarks:

---

| Creditor:    (3536033) Department of Treasury- Bankruptcy Section (Suite 1504) 235 Ave. Arterial Hostos San Juan Puerto Rico 00918-1454 | Claim No: 6 Original Filed Date: 08/27/2012 Original Entered Date: 08/27/2012 | Status: Filed by: CR Entered by: BARBARA DAVILA RIVERA Modified: |

| Amount | claimed: | $1778.39 |
| Priority | claimed: | $891.38 |

History:

| Details | ● | 6-1 | 08/27/2012 | Claim #6 filed by Department of Treasury-, Amount claimed: $1778.39 (DAVILA RIVERA, BARBARA ) |

Description: (6-1) IT (300) 2005 AND 2010

Remarks:

| Creditor:        (3536033)<br>Department of Treasury-<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-<br>1454 | **Claim No: 7**<br>*Original Filed*<br>*Date:* 08/27/2012<br>*Original Entered*<br>*Date:* 08/27/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BARBARA DAVILA RIVERA<br><br>*Modified:* |
|---|---|---|

| Amount | claimed: | $299.00 | |
| Priority | claimed: | $299.00 | |

*History:*

| Details | | 7-1 | 08/27/2012 | Claim #7 filed by Department of Treasury-, Amount claimed: $299.00 (DAVILA RIVERA, BARBARA ) |
|---|---|---|---|---|

*Description:* (7-1) IT (901) 2012 POST PETITION CLAIM UNDER SECTION 725

Remarks:

| Creditor:        (3536033)<br>Department of Treasury-<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-<br>1454 | **Claim No: 8**<br>*Original Filed*<br>*Date:* 08/27/2012<br>*Original Entered*<br>*Date:* 08/27/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BARBARA DAVILA RIVERA<br><br>*Modified:* |
|---|---|---|

| Amount | claimed: | $146.05 | |
| Priority | claimed: | $1210.28 | |

*History:*

| Details | | 8-1 | 08/27/2012 | Claim #8 filed by Department of Treasury-, Amount claimed: $146.05 (DAVILA RIVERA, BARBARA ) |
|---|---|---|---|---|

*Description:* (8-1) IT (550) 2011

Remarks:

| Creditor:        (3536033)<br>Department of Treasury-<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-<br>1454 | **Claim No: 9**<br>*Original Filed*<br>*Date:* 08/27/2012<br>*Original Entered*<br>*Date:* 08/27/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BARBARA DAVILA RIVERA<br><br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1382.39 | |
| Priority | claimed: | $1382.39 | |

*History:*

| Details | | 9-1 | 08/27/2012 | Claim #9 filed by Department of Treasury-, Amount claimed: $1382.39 (DAVILA RIVERA, BARBARA ) |
|---|---|---|---|---|

*Description:* (9-1) (550) 2011 POST PETITION CLAIM UNDER SECTION 725

Remarks:

**Claims Register Summary**

**Case Name:** PROMO IMAGE DIGITAL CENTER INC
**Case Number:** 11-10308-ESL11
**Chapter:** 11
**Date Filed:** 11/30/2011
**Total Number Of Claims:** 9

| Total Amount Claimed* | $10687.04 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $10125.13 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2012 11:49:45 | | | |
| PACER Login: | ll0604 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 11-10308-ESL11 Filed or Entered From: 1/1/1990 Filed or Entered To: 1/2/2013 |
| Billable Pages: | 1 | Cost: | 0.10 |