B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re **PROMO IMAGE DIGITAL CENTER INC.**
_Debtor_

Case No.   11-010308-11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   AUGUST 2012

Date filed:   01/23/2012

Line of Business:   DIGITAL PRINTING/PROMOTIONS

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

LIZA ERAZO
Printed Name of Responsible Party

| **Questionnaire:** _(All questions to be answered on behalf of the debtor.)_ | **Yes** | **No** |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 20,654.66 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 1,241.13 |
| Cash on Hand at End of Month | $ | 6,106.34 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 6,106.34 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 15,789.45 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 20,654.66 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 15,789.45 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 4,865.21 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $        2,600.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $          850.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?          5

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?          3

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $          0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $          0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $          0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $          0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 22,800.00 | $ 20,654.66 | $ 2,145.34 |
| EXPENSES | $ 18,000.00 | $ 15,789.45 | $ 2,210.55 |
| CASH PROFIT | $ 4,800.00 | $ 4,865.21 | $ 65.21 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 14,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 12,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 2,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

## MONTHLY PROFIT OR LOSS

| NAME OF DEBTOR | | PROMO IMAGE | | CASE NUMBER | | 11-10308 ESL 11 |
|---|---|---|---|---|---|---|
| REPORT PERIOD BEGINNING | | | 8/1/2012 | AND ENDING | | 8/31/2012 |

| | | | |
|---|---|---|---|
| NET REVENUES | | $20,654.66 | |
| LESS EXPENSES: | | | |
| PROFESSIONAL SERVICES | 150.00 | | |
| REPAIRS/MAINTENANCE | - | | |
| QUARTERLY FEES | - | | |
| BANK CHARGES | 276.64 | | |
| PRINTING MATERIALS | 5,392.96 | | |
| PAYROLL | 2,000.00 | | |
| PAYROLL TAXES | - | | |
| OTHER OPERATING EXP | 1,400.00 | | |
| RENT | 4,954.01 | | |
| UTILITIES | - | | |
| EQUIPMENT RENTAL | 1,615.84 | | |
| AUTO | - | | |
| OFFICE SUPPLIES | - | 15,789.45 | |
| NET PROFIT | | $4,865.21 | |

## MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| NAME OF DEBTOR | PROMO IMAGE | CASE NUMBER | 11-10308 ESL 11 |
|---|---|---|---|
| REPORT PERIOD BEGINNING | 8/1/2012 | AND ENDING | 8/31/2012 |
| NAME OF BANK | BANCO POPULAR | BRANCH | SAN JUAN |
| ACCOUNT NAME | GENERAL ACCT | ACCT NO | 106-236679 |
| PURPOSE OF ACCOUNT | OPERATING EXPENSES | | |

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 3-Aug | 365 | COOP CIDRENA | RENT | 1,089.21 |
| 10-Aug | 305 | TOSHIBA PR | EQUIPMENT RENTAL | 507.92 |
| 16-Aug | 306 | TOSHIBA PR | EQUIPMENT RENTAL | 600.00 |
| 30-Aug | 308 | TOSHIBA PR | EQUIPMENT RENTAL | 507.92 |
| 8-Aug | 310 | COOP JESUS OBRERO | RENT | 400.00 |
| 3-Aug | 311 | COOP CIDRENA | RENT | 628.53 |
| 3-Aug | 351 | JOHAN ERAZO | PURCHASE MERCHANDISE | 590.00 |
| 6-Aug | 352 | ANGEL SANTIAGO | PROFESSIONAL SERVICES | 150.00 |
| 6-Aug | 353 | AMERICAN PAPER | PURCHASE MERCHANDISE | 240.95 |
| 9-Aug | 354 | AMERICAN PAPER | PURCHASE MERCHANDISE | 198.21 |
| 13-Aug | 355 | JC CORP | PURCHASE MERCHANDISE | 200.00 |
| 14-Aug | 356 | JC CORP | PURCHASE MERCHANDISE | 31.00 |
| 10-Aug | 360 | LIZA ERAZO | PURCHASE MERCHANDISE | 370.00 |
| 27-Aug | 361 | AMERICAN PAPER | PURCHASE MERCHANDISE | 2,539.00 |
| 29-Aug | 362 | COOP JESUS OBRERO | RENT | 500.00 |
| 31-Aug | 363 | AMERICAN PAPER | PURCHASE MERCHANDISE | 1,223.80 |
| 30-Aug | 364 | COOP CIDRENA | RENT | 1,089.21 |
| 30-Aug | 366 | COOP CIDRENA | RENT | 623.53 |
| 30-Aug | 367 | COOP CIDRENA | RENT | 623.53 |
| 30-Aug | 368 | LIZA ERAZO | EXPENSES JULY | 700.00 |
| 30-Aug | 369 | LIZA ERAZO | EXPENSES AUGUST | 700.00 |
| 30-Aug | 370 | LIZA ERAZO | PAYROLL JULY | 1,000.00 |
| 30-Aug | 371 | LIZA ERAZO | PAYROLL AUGUST | 1,000.00 |
| 1-Aug | DEBIT MEMO | BANK CHARGE | | 120.64 |
| 10-Aug | DEBIT MEMO | BANK CHARGE | | 45.00 |
| 16-Aug | DEBIT MEMO | BANK CHARGE | | 15.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $  15,693.45 |

106-236660-31082012          S          23C          6306

# ⊞ BANKRUPTCY COURT ⊞

### Estado Bancario
#### desde el 1 de agosto
#### hasta el 31 de agosto de 2012

```
PROMO IMAGE DIGITAL CENTER INC
OPERACIONAL
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR  00925-2414
```

**Página 1**

PROMO IMAGE DIGITAL CENTE
Número de Cuenta 106-236660

Recibe **GRATIS** en tu correo electrónico
tu Estado de Cuenta comercial. Llame al
787-756-3939 ó 1-855-756-3939

## Resumen de su Cuenta 106-236660

Ahora TeleBanco Comercial es el **nuevo
Centro de Banca de Negocios** y nuestro
nuevo número es el 787-756-3939 ó
1-855-756-3939.

▶ **Cheques**

**CENTRO DE BANCA DE NEGOCIOS**
le ofrece la forma más rápida y eficiente
de obtener información de sus cuentas
comerciales y servicios relacionados sin
tener que llamar o visitar la sucursal.
Usted puede obtener información de:
- Balances en sus cuentas
- Productos y servicios comerciales
- Préstamos comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

| | | |
|---|---|---|
| Balance Inicial | | $1,108.51 |
| 40 Depósitos | + | 22,774.78 |
| 30 Retiros | - | 17,801.37 |
| Cargos por servicios | - | 4.20 |
| **Balance Final** | | **$6,077.72** |

## Detalle de la actividad de su Cuenta

▶ **Cheques**

▶ **Balance inicial** ░░░░░░░░░░░░░░░ **$1,108.51**

### Depósitos

*Hojas de depósito*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | 500160934 | Depósito | 157.05 |
| | | **1 Total de hojas de depósito** | **$157.05** |

*Otros créditos*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | 2010007175 | Depósito       XXXXXX2424 | 25.68 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-02 | 2010007126 | Depósito       XXXXXX2424 | 502.21 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-03 | 15003277748 | Depósito       XXXXXX6770 | 38.83 |
| | | American Express Settlement | |
| 08-03 | 2010007468 | Depósito       XXXXXX2424 | 30.95 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-06 | 2010007253 | Depósito       XXXXXX2424 | 343.97 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-06 | 2010031807 | Depósito       XXXXXX2424 | 28.39 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-06 | 19003918607 | Depósito       XXXXXX6770 | 4.25 |
| | | American Express Settlement | |
| 08-07 | 2010006948 | Depósito       XXXXXX2424 | 288.97 |
| | | BPPR Mrch. Dep  CR Memo | |
| 08-09 | 2010007265 | Depósito       XXXXXX2424 | 176.74 |
| | | BPPR Mrch. Dep  CR Memo | |

Página 2

PROMO IMAGE DIGITAL CENT
Número de Cuenta 106-236660
Desde el 1 de agosto
al 31 de agosto de 2012

# ⊡ BANKRUPTCY COURT ⊡

*Otros créditos (continuación)*

| Fecha | Referencia | Descripción | Cantidad |
|-------|-----------|-------------|---------:|
| 08-10 | 2010007505 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 112.20 |
| 08-10 | 500166885 | Cheque devuelto SF 306 | 600.00 |
| 08-10 | 500166871 | Cheque devuelto SF 305 | 507.92 |
| 08-10 | 500166861 | Cheque devuelto SF 307 | 500.00 |
| 08-13 | 2010031738 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 585.74 |
| 08-13 | 2010007280 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 214.58 |
| 08-13 | 26005897235 | Depósito XXXXXX6770<br>American Express Settlement | 20.54 |
| 08-14 | 2010006871 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 401.43 |
| 08-15 | 2010007292 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 330.73 |
| 08-16 | 2010007312 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 39.36 |
| 08-16 | 500156099 | Cheque devuelto SF 307 | 500.00 |
| 08-17 | 2010007583 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 182.69 |
| 08-20 | 2010007272 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 639.27 |
| 08-20 | 2010031756 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 616.51 |
| 08-20 | 2010020874 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 24.61 |
| 08-21 | 2010006971 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 864.70 |
| 08-21 | 33007504541 | Depósito XXXXXX6770<br>American Express Settlement | 19.87 |
| 08-22 | 2010007166 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 2,367.47 |
| 08-23 | 2010006290 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 1,434.49 |
| 08-23 | 36008346782 | Depósito XXXXXX6770<br>American Express Settlement | 584.42 |
| 08-24 | 2010005362 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 852.88 |
| 08-27 | 2010006880 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 1,746.06 |
| 08-27 | 37008595765 | Depósito XXXXXX6770<br>American Express Settlement | 36.06 |
| 08-28 | 2010006873 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 2,355.65 |
| 08-28 | 40008817738 | Depósito XXXXXX6770<br>American Express Settlement | 27.48 |
| 08-29 | 2010007090 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 2,237.50 |
| 08-30 | 2010007234 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 1,840.87 |
| 08-30 | 42009835007 | Depósito XXXXXX6770<br>American Express Settlement | 9.49 |
| 08-31 | 2010007467 | Depósito XXXXXX2424<br>BPPR Mrch. Dep CR Memo | 1,442.52 |

**Página 3**

PROMO IMAGE DIGITAL CENT
Número de Cuenta 106-236660
Desde el 1 de agosto
al 31 de agosto de 2012

## ⊞ BANKRUPTCY COURT ⊞

### Otros créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-31 | 43000267612 | Depósito          XXXXXX6770 | 82.70 |
|  |  | American Express Settlement |  |
|  |  | 39 Total de otros depósitos | 22,617.73 |
|  |  | **40 Total de depósitos** | **$22,774.78** |

## Retiros

### Cheques pagados

| Número de cheque | Fecha | Referencia | Cantidad | Número de cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00036 | 08-30 | 501010841 | 1,089.21 | 00355 | 08-13 | 501003932 | 200.00 |
| 00305 | 08-10 | 500166871 | 507.92 | 00356 | 08-14 | 501003820 | 31.00 |
| 00305 | 08-16 | 500156101 | 507.92 | 00360 | 08-10 | 500254973 | 370.00 |
| 00306 | 08-10 | 500166865 | 600.00 | 00361 | 08-27 | 500299143 | 2,539.00 |
| 00306 | 08-16 | 500156103 | 600.00 | 00362 | 08-29 | 501007724 | 500.00 |
| 00307 | 08-10 | 500166861 | 500.00 | 00363 | 08-31 | 500239689 | 1,223.80 |
| 00307 | 08-16 | 500156099 | 500.00 | 00364 | 08-30 | 501010845 | 1,089.21 |
| 00308 | 08-30 | 500066222 | 507.92 | 00366 | 08-30 | 501010848 | 623.53 |
| 00310 | 08-08 | 501007418 | 400.00 | 00367 | 08-30 | 501010851 | 623.53 |
| 00311 | 08-03 | 501008787 | 628.53 | 00368 | 08-30 | 500054473 | 700.00 |
| 00351 | 08-03 | 500154315 | 590.00 | 00369 | 08-30 | 500054470 | 700.00 |
| 00352 | 08-03 | 500236031 | 150.00 | 00370 | 08-30 | 500054466 | 1,000.00 |
| 00353 | 08-06 | 500329702 | 240.95 | 00371 | 08-30 | 500054463 | 1,000.00 |
| 00354 | 08-09 | 500166961 | 198.21 |  |  |  |  |
|  |  |  |  | **27 Cheques pagados** |  |  | **$17,620.73** |

### Otros débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | 14002791328 | Pago          XXXXXX2424 | 120.64 |
|  |  | BPPR Merchant   DR Mbs Fee |  |
| 08-10 | 500166871 | Cargo chks devueltos NSF    3 | 45.00 |
| 08-16 | 500156099 | Cargo cheque devuelto SF | 15.00 |
|  |  | 3 Total de otros retiros | $180.64 |
|  |  | **30 Total de retiros** | **$17,801.37** |

## Cargos por Servicios

| Descripción | Cargos por unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques |  | 3.00 |
| 12 Cheques pagados en exceso de 15 | .10 | 1.20 |
|  | **Total de cargos para este período** | **$4.20** |

▶ **Balance final** ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ **$8,077.72**

# ⌘ BANKRUPTCY COURT ⌘

**Página 4**

PROMO IMAGE DIGITAL CENT
Número de Cuenta 106-236660
Desde el 1 de agosto
al 31 de agosto de 2012

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 1,170.60 | 1,170.60 | 08-17 | 495.57 | 495.57 |
| 08-02 | 1,672.81 | 1,672.81 | 08-20 | 1,775.96 | 1,775.96 |
| 08-03 | 374.06 | 374.06 | 08-21 | 2,660.53 | 2,660.53 |
| 08-06 | 509.72 | 509.72 | 08-22 | 5,028.00 | 5,028.00 |
| 08-07 | 798.69 | 798.69 | 08-23 | 7,046.91 | 7,046.91 |
| 08-08 | 398.69 | 398.69 | 08-24 | 7,899.79 | 7,899.79 |
| 08-09 | 377.22 | 377.22 | 08-27 | 7,142.91 | 7,142.91 |
| 08-10 | 74.42 | 74.42 | 08-28 | 9,526.04 | 9,526.04 |
| 08-13 | 695.28 | 695.28 | 08-29 | 11,263.54 | 11,263.54 |
| 08-14 | 1,065.71 | 1,065.71 | 08-30 | 5,780.50 | 5,780.50 |
| 08-15 | 1,396.44 | 1,396.44 | 08-31 | 6,077.72 | 6,077.72 |
| 08-16 | 312.88 | 312.88 | | | |

*Su balance mínimo durante este período fue: $74.42*

*Su próximo estado será el 28 de septiembre de 2012*

## Mensajes de Interés

# ⌖ BANKRUPTCY COURT ⌖

PROMO IMAGE DIGITAL CENTER INC                106-236660        PAGINA 5

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0501010841    08/30/12    1,089.21



0500066222    08/30/12    507.92



0501008787    08/03/12    628.53



0500154315    08/03/12    590.00



0500236031    08/03/12    150.00

# ⌘ BANKRUPTCY COURT ⌘

PROMO IMAGE DIGITAL CENTER INC          106-236660     PAGINA 6

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500329702     08/06/12          240.95



0500166961     08/09/12          198.21



0501003932     08/13/12          200.00



0501003820     08/14/12           31.00



0500254973     08/10/12          370.00

# 🖶 BANKRUPTCY COURT 🖶

PROMO IMAGE DIGITAL CENTER INC          106-236660          PAGINA 7

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500299143     08/27/12          2,539.00

0500239689     08/31/12          1,223.80

0501010845     08/30/12          1,089.21

0501010848     08/30/12          623.53

0501010851     08/30/12          623.53

# ⌖ BANKRUPTCY COURT ⌖

PROMO  IMAGE  DIGITAL  CENTER  INC                    106-236660      PAGINA 8

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500054473    08/30/12          700. 00

0500054470    08/30/12          700. 00

0500054466    08/30/12        1, 000. 00

0500054463    08/30/12        1, 000. 00

# 🔲 BANKRUPTCY COURT 🔲

PROMO  IMAGE  DIGITAL  CENTER  INC                106-236660        PAGINA 9

*Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.*





## MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| NAME OF DEBTOR | PROMO IMAGE | CASE NUMBER | 11-10308 ESL 11 |
|---|---|---|---|
| REPORT PERIOD BEGINNING | 8/1/2012 | AND ENDING | 8/31/2012 |
| | | | |
| NAME OF BANK | BANCO POPULAR | BRANCH | |
| ACCOUNT NAME | PAYROLL | ACCT NO | 106-236687 |
| PURPOSE OF ACCOUNT | PAYROLL | | |

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 30-Aug | DEBIT | BANK CHARGE | | 93.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 93.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE : CHECKS ISSUED ARE RELATED TO OPERATIONAL EXPENSES AND THEREFORE WERE INTENDED FOR

OPERATIONAL ACCT. SINCE THERE WERE DEBITED TO THE INCORRECT ACCT IT CREATED AN OVERDRAT

IN THIS ACCOUNT(PAYROLL). THIS ERROR WAS CORRECTED IN SEPTEMBER 2012.

106-236687-31082012            S            1870

## ⊞ BANKRUPTCY COURT ⊞

**Estado Bancario**

desde el 1 de agosto

hasta el 31 de agosto de 2012

```
PROMO IMAGE DIGITAL CENTER INC
NOMINA
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR  00925-2414
```

## Resumen de su Cuenta 106-236687

**Página 1**

PROMO IMAGE DIGITAL CENTE
Número de Cuenta 106-236687

Recibe **GRATIS** en tu correo electrónico
tu Estado de Cuenta comercial. Llame al
787-756-3939 ó 1-855-756-3939

Ahora TeleBanco Comercial es el **nuevo**
**Centro de Banca de Negocios** y nuestro
nuevo número es el 787-756-3939 ó
1-855-756-3939.

**CENTRO DE BANCA DE NEGOCIOS**
le ofrece la forma más rápida y eficiente
de obtener información de sus cuentas
comerciales y servicios relacionados sin
tener que llamar o visitar la sucursal.
Usted puede obtener información de:
- Balances en sus cuentas
- Productos y servicios comerciales
- Préstamos comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

### ► Cheques

| | | |
|---|---|---|
| Balance Inicial | | $84.62 |
| 06 Depósitos | + | 4,515.84 |
| 07 Retiros | - | 4,605.84 |
| Cargos por servicios | - | 3.00 |
| **Balance Final** | | **$8.38-** |

## Detalle de la actividad de su Cuenta

### ► Cheques

**► Balance inicial** **$84.62**

### Otros créditos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 08-30 | 500066208 | Cheque devuelto SF | 251 | 1,000.00 |
| 08-30 | 500066231 | Cheque devuelto SF | 252 | 1,000.00 |
| 08-30 | 500066214 | Cheque devuelto SF | 257 | 1,000.00 |
| 08-30 | 500066218 | Cheque devuelto SF | 254 | 507.92 |
| 08-30 | 500066225 | Cheque devuelto SF | 256 | 507.92 |
| 08-30 | 500066235 | Cheque devuelto SF | 253 | 500.00 |
| | | 6 Total de otros depósitos | | 4,515.84 |
| | | **6 Total de depósitos** | | **$4,515.84** |

## Retiros

### Cheques pagados

| Número de cheque | Fecha | Referencia | Cantidad | Número de cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00251 | 08-30 | 500066208 | 1,000.00 | 00254 | 08-30 | 500066218 | 507.92 |
| 00252 | 08-30 | 500066231 | 1,000.00 | 00256 | 08-30 | 500066225 | 507.92 |
| 00253 | 08-30 | 500066235 | 500.00 | 00257 | 08-30 | 500066214 | 1,000.00 |
| | | | | **6 Cheques pagados** | | | **$4,515.84** |

# ⌘ BANKRUPTCY COURT ⌘

Página 2

PROMO IMAGE DIGITAL CENT
Número de Cuenta 106-236687
Desde el 1 de agosto
al 31 de agosto de 2012

## Otros débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-30 | 500066235 | Cargo chks devueltos NSF    6 | 90.00 |
| | | 1 Total de otros retiros | $90.00 |
| | | **7 Total de retiros** | **$4,605.84** |

## Cargos por Servicios

| Descripción | Cargos por unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 3.00 |
| | **Total de cargos para este período** | **$3.00** |

▶ **Balance final** **$8.38-**

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 84.62 | 84.62 | 08-17 | 84.62 | 84.62 |
| 08-02 | 84.62 | 84.62 | 08-20 | 84.62 | 84.62 |
| 08-03 | 84.62 | 84.62 | 08-21 | 84.62 | 84.62 |
| 08-06 | 84.62 | 84.62 | 08-22 | 84.62 | 84.62 |
| 08-07 | 84.62 | 84.62 | 08-23 | 84.62 | 84.62 |
| 08-08 | 84.62 | 84.62 | 08-24 | 84.62 | 84.62 |
| 08-09 | 84.62 | 84.62 | 08-27 | 84.62 | 84.62 |
| 08-10 | 84.62 | 84.62 | 08-28 | 84.62 | 84.62 |
| 08-13 | 84.62 | 84.62 | 08-29 | 84.62 | 84.62 |
| 08-14 | 84.62 | 84.62 | 08-30 | 5.38- | 5.38- |
| 08-15 | 84.62 | 84.62 | 08-31 | 8.38- | 8.38- |
| 08-16 | 84.62 | 84.62 | | | |

*Su balance mínimo durante este período fue: $5.38 -*

**Su cargo por financiamiento de sobregiro se calcula de la siguiente manera:**

| Tasa periódica diaria | x | Días en ciclo en sobregiro | x | Sobregiro promedio diario | = | Cargo por financiamiento* |
|---|---|---|---|---|---|---|
| 0.000505464 % | | 2 | | $5.38 | | $0.00 |

La tasa porcentual anual es 18.5000 %
*Los cargos por financiamiento de sobregiro se presentan en la sección de Otros Débitos o en la sección de Cargos Pendientes.

*Su próximo estado será el 28 de septiembre de 2012*

## Mensajes de Interés

# MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| NAME OF DEBTOR | | | CASE NUMBER | 11-10308 ESL 11 |
|---|---|---|---|---|

REPORT PERIOD BEGINNING     8/1/2012    AND ENDING     8/31/2012

NAME OF BANK    BANCO POPULAR     BRANCH

ACCOUNT NAME    TAXES     ACCT NO     106-236679

PURPOSE OF ACCOUNT    TAXES

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 31-Aug | DEBIT MEMO | BANK CHARGES | | 3.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 3.00 |

106-236679-31082012          S

1869

## ⊞ BANKRUPTCY COURT ⊞

**Estado Bancario**

**desde el 1 de agosto**

**hasta el 31 de agosto de 2012**

PROMO IMAGE DIGITAL CENTER INC
TAXES
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR  00925-2414

**Página 1**

PROMO IMAGE DIGITAL CENTE
Número de Cuenta 106-236679

Recibe **GRATIS** en tu correo electrónico
tu Estado de Cuenta comercial. Llame al
787-756-3939 ó 1-855-756-3939

Ahora TeleBanco Comercial es el **nuevo
Centro de Banca de Negocios** y nuestro
nuevo número es el 787-756-3939 ó
1-855-756-3939.

**CENTRO DE BANCA DE NEGOCIOS**
le ofrece la forma más rápida y eficiente
de obtener información de sus cuentas
comerciales y servicios relacionados sin
tener que llamar o visitar la sucursal.
Usted puede obtener información de:
- Balances en sus cuentas
- Productos y servicios comerciales
- Préstamos comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Resumen de su Cuenta 106-236679

► **Cheques**

| | | |
|---|---|---|
| Balance Inicial | | $48.00 |
| 00 Depósitos | + | 0.00 |
| 00 Retiros | - | 0.00 |
| Cargos por servicios | - | 3.00 |
| **Balance Final** | | **$45.00** |

## Detalle de la actividad de su Cuenta

► **Cheques**

► Balance inicial                **$48.00**

### Cargos por Servicios

| Descripción | Cargos por unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 3.00 |
| **Total de cargos para este periodo** | | **$3.00** |

► Balance final                **$45.00**

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 48.00 | 48.00 | 08-16 | 48.00 | 48.00 |
| 08-02 | 48.00 | 48.00 | 08-17 | 48.00 | 48.00 |
| 08-03 | 48.00 | 48.00 | 08-20 | 48.00 | 48.00 |
| 08-06 | 48.00 | 48.00 | 08-21 | 48.00 | 48.00 |
| 08-07 | 48.00 | 48.00 | 08-22 | 48.00 | 48.00 |
| 08-08 | 48.00 | 48.00 | 08-23 | 48.00 | 48.00 |
| 08-09 | 48.00 | 48.00 | 08-24 | 48.00 | 48.00 |
| 08-10 | 48.00 | 48.00 | 08-27 | 48.00 | 48.00 |
| 08-13 | 48.00 | 48.00 | 08-28 | 48.00 | 48.00 |
| 08-14 | 48.00 | 48.00 | 08-29 | 48.00 | 48.00 |
| 08-15 | 48.00 | 48.00 | 08-30 | 48.00 | 48.00 |

## ⊞ BANKRUPTCY COURT ⊞

**Página 2**

PROMO IMAGE DIGITAL CENT
Número de Cuenta 106-236679
Desde el 1 de agosto
al 31 de agosto de 2012

### Historial de Balance Diario(continuación)

| Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|
| 08-31 | 45.00 | 45.00 |

*Su balance mínimo durante este período fue:  $48.00*

*Su próximo estado será el 28 de septiembre de 2012*

### Mensajes de Interés