B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### District of Puerto Rico

In re  PROMO IMAGE DIGITAL CENTER INC   ,

*Debtor*

Case No.   11-10308-11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  MAY 2013

Date filed:   01/23/2012

Line of Business:  DIGITAL PRINTING /PROMOTIONS

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY

Original Signature of Responsible Party

LIZA ERAZO

Printed Name of Responsible Party

| | ***Questionnaire:*** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?                                                                                     ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 13,880.05 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 529.63 |
| Cash on Hand at End of Month | $ | 880.92 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 880.92 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 13,277.15 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 13,880.05 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 13,277.15 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 602.90 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $       3,100.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $       350.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                               4

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                 2

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                    $       0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                               $       0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                          $       0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                        $       0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 13,200.00 | $ 13,880.05 | $ 680.05 |
| EXPENSES | $ 12,200.00 | $ 13,277.15 | $ 1,077.15 |
| CASH PROFIT | $ 1,000.00 | $ 602.90 | $ 397.10 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                $    14,300.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                         $    13,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                   $     1,300.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

## MONTHLY PROFIT OR LOSS (CASH BASIS)

| | | | | |
|---|---|---|---|---|
| NAME OF DEBTOR | | PROMO IMAGE DIGITAL | CASE NUMBER | 11-10308 ESL 11 |
| REPORT PERIOD BEGINNING | | 5/1/2013 | AND ENDING | 5/31/2013 |

NET REVENUES $13,880.05

LESS EXPENSES:

| | | |
|---|---|---|
| QUARTERLY FEES | - | |
| BANK CHARGES | 208.56 | |
| PRINTING MATERIALS | 118.56 | |
| PAYROLL | - | |
| CONTRACT LABOR | 1,332.56 | |
| REPAIRS/MAINTENANCE | - | |
| TELEPHONE | - | |
| RENT | 2,041.63 | |
| INSURANCE | 205.84 | |
| UTILITIES | 2,000.00 | |
| EQUIPMENT RENTAL | 1,500.00 | |
| PROF SERVICES | 250.00 | |
| MANAGEMENT FEES | 5,620.00 | 13,277.15 |
| NET PROFIT (LOSS) | | $602.90 |
| PAYMENT PLAN-BANKRUPTCY | | 251.61 |
| NET CASH FLOW | | $351.29 |

## MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| | | | | |
|---|---|---|---|---|
| NAME OF DEBTOR | PROMO IMAGE | | CASE NUMBER | 11-10308 ESL 11 |
| REPORT PERIOD BEGINNING | | 5/1/2013 | AND ENDING | 5/31/2013 |
| NAME OF BANK | BANCO POPULAR | | BRANCH | SAN JUAN |
| ACCOUNT NAME | GENERAL ACCT | | ACCT NO | 106-236660 |
| PURPOSE OF ACCOUNT | OPERATING EXPENSES | | | |

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 29-May | 847 | TOSHIBA | EQUIPMENT RENTAL | 500.00 |
| 10-May | 831 | TOSHIBA | EQUIPMENT RENTAL | 500.00 |
| 6-May | 835 | TOSHIBA | EQUIPMENT RENTAL | 500.00 |
| 2-May | 901 | LIZA ERAZO | MANAGEMENT FEES | 250.00 |
| 30-May | 902 | AFLAC | INSURANCE | 205.84 |
| 22-May | 903 | LIZA ERAZO | MANAGEMENT FEES | 1,000.00 |
| 6-May | 904 | ANGEL SANTIAGO | PROF SERVICES | 250.00 |
| 7-May | 905 | COOP CIDRA | RENT | 623.53 |
| 15-May | 906 | FIRST BANK | RENT | 1,293.10 |
| 14-May | 907 | MYRTHA RODRIGUEZ | MANAGEMENT FEES | 200.00 |
| 3-May | 908 | PROMO IMAGE | TRANSFER | 286.00 |
| 10-May | 913 | PROMO IMAGE | TRANSFER | 229.00 |
| 10-May | 916 | JOHAN ERAZO | CONTRACT LABOR | 160.00 |
| 17-May | 917 | GRECA MESA | CONTRACT LABOR | 160.00 |
| 23-May | 918 | MYRTA RODRIGUEZ | MANAGEMENT FEES | 70.00 |
| 20-May | 919 | PROMO IMAGE | TRANSFER | 300.00 |
| 20-May | 921 | LIZA ERAZO | MANAGEMENT FEES | 300.00 |
| 29-May | 922 | PROMO IMAGE | TRANSFER | 225.76 |
| 30-May | 923 | LIZA ERAZO | MANAGEMENT FEES | 1,300.00 |
| 28-May | 924 | ARCHILLA PAPER | PURCHASE PRINTING MATERIAL | 71.69 |
| 28-May | 925 | LIZA ERAZO | MANAGEMENT FEES | 1,000.00 |
| 28-May | 926 | LIZA ERAZO | MANAGEMENT FEES | 1,500.00 |
| 31-May | 931 | LIZA ERAZO | UTILITIES | 2,000.00 |
| 14-May | 824 | AMERICAN PAPER | PURCHASE PRINTING MATERIAL | 46.87 |
| 22-May | 920 | COOP JESUS | RENT | 125.00 |
| 1-May | DEBIT MEMO | BPPR MERCHANT | BANK CHARGES | 152.70 |
| 22-May | DEBIT MEMO | AMERICAN EXP | BANK CHARGES | 6.95 |
| 30-May | DEBIT MEMO | BANK CHARGES | BANK CHARGES | 30.00 |
| 30-May | DEBIT MEMO | BANK CHARGES | BANK CHARGES | 4.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 13,290.54 |

# BANCO POPULAR.

**Estado Bancario**

25C

Desde:
01 de mayo de 2013
Hasta:
31 de mayo de 2013

PROMO IMAGE DIGITAL CENTER INC ¹¹⁹⁸
OPERACIONAL
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR  00925-2414

**BANKRUPTCY COURT**

Pagina 1

Numero de Cuenta
**106-236660**

PROMO IMAGE DIGITAL CENTER INC

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $427.91 |
| 41 Depósitos | + | 13,745.89 |
| 32 Retiros | - | 13,577.28 |
| Cargos por Servicios | - | 4.10 |
| Balance Final | | $592.42 |

## Detalle de la actividad de su Cuenta

### Cheques

| | |
|---|---|
| Balance inicial | $427.91 |

### Depósitos

#### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-02 | 500215230 | Depósito | 80.25 |
| 05-20 | 500063313 | Depósito | 460.10 |
| | | 02 Total de hojas de depósito | $540.35 |

#### Otros Créditos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 05-01 | 2010007211 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 747.53 |
| 05-02 | 2010007319 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 314.58 |
| 05-02 | 21004161323 | Depósito        Xxxxxx6770 American Express Settlement | | 16.08 |
| 05-03 | 2010007519 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 129.38 |
| 05-06 | 2010007281 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 234.96 |
| 05-06 | 2010032401 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 140.59 |
| 05-06 | 26005232684 | Depósito        Xxxxxx6770 American Express Settlement | | 68.98 |
| 05-07 | 2010006968 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 444.73 |
| 05-08 | 2010007174 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 303.70 |
| 05-09 | 2010007169 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 151.43 |
| 05-09 | 28005910110 | Depósito        Xxxxxx6770 American Express Settlement | | 5.14 |
| 05-10 | 2010007556 | Depósito        Xxxxxx2424 BPPR Mrch. Dep   CR Memo | | 290.35 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo numero es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener informacion de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

**BANCO POPULAR.**

| | |
|---|---|
| Desde: | 01 de mayo de 2013 |
| Hasta: | 31 de mayo de 2013 |

BANKRUPTCY COURT

Página 2

Número de Cuenta
**106-236660**

PROMO IMAGE DIGITAL CENTER INC

## Depósitos (continuación)

## Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-13 | 2010007182 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 706.04 |
| 05-13 | 2010030547 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 146.00 |
| 05-13 | 30006636059 | Depósito      Xxxxxx6770<br>American Express Settlement | 80.90 |
| 05-13 | 33007118242 | Depósito      Xxxxxx6770<br>American Express Settlement | 16.44 |
| 05-14 | 2010006772 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 237.47 |
| 05-15 | 2010007341 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 170.37 |
| 05-16 | 35007930501 | Depósito      Xxxxxx6770<br>American Express Settlement | 100.66 |
| 05-16 | 2010007388 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 81.10 |
| 05-17 | 2010007607 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 302.45 |
| 05-20 | 2010007218 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 276.51 |
| 05-20 | 37008610888 | Depósito      Xxxxxx6770<br>American Express Settlement | 24.14 |
| 05-21 | 2010006969 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 408.13 |
| 05-22 | 2010007126 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 37.64 |
| 05-22 | 501003678 | Cheque Devuelto SF      918 | 70.00 |
| 05-23 | 501003678 | Rev Cargo Cheque Devuelto SF | 15.00 |
| 05-23 | 2010007196 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 96.68 |
| 05-23 | 501025506 | Cheque Devuelto SF      902 | 205.84 |
| 05-24 | 2010007460 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 174.04 |
| 05-28 | 44000195584 | Depósito      Xxxxxx6770<br>American Express Settlement | 2,779.20 |
| 05-28 | 48000646923 | Depósito      Xxxxxx6770<br>American Express Settlement | 2,779.20 |
| 05-28 | 2010031599 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 241.91 |
| 05-28 | 2010007143 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 188.39 |
| 05-28 | 2010042318 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 110.03 |
| 05-29 | 2010007138 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 215.46 |
| 05-30 | 2010007249 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 420.29 |
| 05-31 | 2010007510 | Depósito      Xxxxxx2424<br>BPPR Mrch. Dep   CR Memo | 299.98 |
| 05-31 | 50001738292 | Depósito      Xxxxxx6770<br>American Express Settlement | 174.22 |
| | | 39 Total de otros depósitos | 13,205.54 |
| | | 41 Total de depósitos | $13,745.89 |

# BANCO POPULAR.

Desde:
**01 de mayo de 2013**
Hasta:
**31 de mayo de 2013**

**BANKRUPTCY COURT**

Página 3

Número de Cuenta
**106-236660**

PROMO IMAGE DIGITAL CENTER INC

## Retiros

### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00847 | 05-29 | 500164473 | 500.00 | 00916 | 05-10 | 500067236 | 160.00 |
| 00851 | 05-10 | 500088352 | 500.00 | 00917 | 05-17 | 500053011 | 160.00 |
| 00855 | 05-06 | 500273617 | 500.00 | 00918 | 05-22 | 501003678 | 70.00 |
| 00884 | 05-14 | 501011502 | 46.87 | 00918 | 05-23 | 501003678 | 70.00 |
| 00901 | 05-02 | 500087059 | 250.00 | 00919 | 05-20 | 500134544 | 300.00 |
| 00902 | 05-23 | 501025506 | 205.84 | 00920 | 05-22 | 501017333 | 125.00 |
| 00902 | 05-30 | 501040844 | 205.84 | 00921 | 05-20 | 500077401 | 300.00 |
| 00903 | 05-22 | 500111188 | 1,000.00 | 00922 | 05-29 | 500142157 | 225.76 |
| 00904 | 05-06 | 500243810 | 250.00 | 00922 | 05-30 | 500187989 | 1,300.00 |
| 00905 | 05-07 | 501065846 | 623.53 | 00924 | 05-28 | 501014695 | 71.69 |
| 00906 | 05-15 | 501015030 | 1,293.10 | 00925 | 05-28 | 500109885 | 1,000.00 |
| 00907 | 05-14 | 500145588 | 200.00 | 00926 | 05-28 | 500109881 | 1,500.00 |
| 00908 | 05-03 | 500186628 | 286.00 | 00931 | 05-31 | 500253768 | 2,000.00 |
| 00915 | 05-10 | 500183229 | 229.00 | | | | |
| | | | | 27 Cheques Pagados | | | $13,372.63 |

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-01 | 21004398931 | Pago         Xxxxxx2424<br>BPPR Merchant    DR Mbs Fee | 152.70 |
| 05-22 | 501003678 | Cargo Cheque Devuelto SF | 15.00 |
| 05-23 | 501003678 | Cargo Cheque Pagado SF | 15.00 |
| 05-23 | 501025506 | Cargo Cheque Devuelto SF | 15.00 |
| 05-30 | 50001579953 | Pago         Xxxxxx6770<br>American Express Collection | 6.95 |
| | | 05 Total de otros retiros | $204.65 |
| | | 32 Total de retiros | $13,577.28 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 3.00 |
| 11 Transacciones en Exceso de | 15 | 0.10 | 1.10 |
| | | Total de Cargos para este Periodo | $4.10 |
| | | Balance Final | $592.42 |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 05-01 | 1,022.74 | 1,022.74 | 05-10 | 404.38 | 404.38 |
| 05-02 | 1,183.65 | 1,183.65 | 05-13 | 1,353.76 | 1,353.76 |
| 05-03 | 1,027.03 | 1,027.03 | 05-14 | 1,344.36 | 1,344.36 |
| 05-06 | 721.56 | 721.56 | 05-15 | 221.63 | 221.63 |
| 05-07 | 542.76 | 542.76 | 05-16 | 403.39 | 403.39 |
| 05-08 | 846.46 | 846.46 | 05-17 | 545.84 | 545.84 |
| 05-09 | 1,003.03 | 1,003.03 | 05-20 | 706.59 | 706.59 |

 **BANCO POPULAR.**

Desde:
01 de mayo de 2013
Hasta:
31 de mayo de 2013

**BANKRUPTCY COURT**

Página 4

Número de Cuenta
**106-236660**

PROMO IMAGE DIGITAL CENTER INC

## Historial de Balance Diario (continuación)

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 05-21 | 1,114.72 | 1,114.72 | 05-28 | 3,725.12 | 3,725.12 |
| 05-22 | 12.36 | 12.36 | 05-29 | 3,214.82 | 3,214.82 |
| 05-23 | 24.04 | 24.04 | 05-30 | 2,122.32 | 2,122.32 |
| 05-24 | 198.08 | 198.08 | 05-31 | 592.42 | 592.42 |

Su balance mínimo durante este periodo fue: $12.36

Su próximo estado será el 28 de junio de 2013

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                    106-236660      PAGINA 6

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500164473   05/29/13        500.00

0500088352   05/10/13        500.00

0500273617   05/06/13        500.00

0500087059   05/02/13        250.00

0501040844   05/30/13        205.84



**BANCO POPULAR®**

PROMO IMAGE DIGITAL CENTER INC                    106-236660        PAGINA 7

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

0500111188   05/22/13     1,000.00

0500243810   05/06/13     250.00

0501065846   05/07/13     623.53

0501015030   05/15/13     1,293.10

0500145588   05/14/13     200.00

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                                    106-236660      PAGINA 8

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500186628   05/03/13      286.00



0500183229   05/10/13      229.00



0500067236   05/10/13      160.00



0500053011   05/17/13      160.00



0501003678   05/23/13       70.00

**BANCO POPULAR®**

PROMO IMAGE DIGITAL CENTER INC                                106-236660   · PAGINA 9

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500134544   05/20/13      300.00



0500077401   05/20/13      300.00



0500142157   05/29/13      225.76



0500187989   05/30/13    1,300.00



0501014695   05/28/13      71.69

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                                   106-236660      PAGINA 10

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500109885   05/28/13      1,000.00

0500109881   05/28/13      1,500.00

0500253768   05/31/13      2,000.00

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                    106-236660     PAGINA 11

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0501011502   05/14/13      46.87

0501017333   05/22/13      125.00

## MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| NAME OF DEBTOR | PROMO IMAGE | CASE NUMBER | 11-10308 ESL 11 |
| REPORT PERIOD BEGINNING | 5/1/2013 | AND ENDING | 5/31/2013 |

| | | | |
|---|---|---|---|
| NAME OF BANK | BANCO POPULAR | BRANCH | |
| ACCOUNT NAME | TAXES | ACCT NO | 106-236679 |
| PURPOSE OF ACCOUNT | TAXES | | |

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 23-May | 501 | PR DEPT OF LABOR | PAYMENT PLAN-BANKRUTCY | 20.48 |
| 22-May | 502 | PR DEPT OF LABOR | PAYMENT PLAN-BANKRUTCY | 7.02 |
| 20-May | 504 | IRS | PAYMENT PLAN-BANKRUTCY | 11.01 |
| 24-May | 505 | CRIM | PAYMENT PLAN-BANKRUTCY | 52.79 |
| 24-May | 506 | CRIM | PAYMENT PLAN-BANKRUTCY | 52.79 |
| 15-May | 521 | MUNICIPIO SAN JUAN | PAYMENT PLAN-BANKRUTCY | 53.76 |
| 15-May | 522 | MUNICIPIO SAN JUAN | PAYMENT PLAN-BANKRUTCY | 53.76 |
| 20-May | 524 | IRS | PAYMENT PLAN-BANKRUTCY | 11.01 |
| | | | | $  262.62 |



**BANCO POPULAR.**

8C

**Estado Bancario**

Desde:
01 de mayo de 2013

Hasta:
31 de mayo de 2013

PROMO IMAGE DIGITAL CENTER INC 1199
TAXES
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR 00925-2414

**BANKRUPTCY COURT**

Página 1

Número de Cuenta
**106-236679**

PROMO IMAGE DIGITAL CENTER INC

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $101.72 |
| 01 Depósitos | 428.00 |
| 08 Retiros | 262.62 |
| Cargos por Servicios | 3.00 |
| **Balance Final** | **$264.10** |

## Detalle de la actividad de su Cuenta

### Cheques

| | |
|---|---|
| Balance inicial | $101.72 |

### Depósitos

#### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-07 | 500179775 | Depósito | 428.00 |
| | | 01 Total de hojas de depósito | $428.00 |
| | | 01 Total de depósitos | $428.00 |

### Retiros

#### Cheques Pagados

| Numero de Cheque | Fecha | Referencia | Cantidad | Numero de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00501 | 05-23 | 500141451 | 20.48 | 00506 | 05-24 | 500136765 | 52.79 |
| 00502 | 05-22 | 500113213 | 7.02 | 00521 | 05-15 | 500060734 | 53.76 |
| 00504 | 05-20 | 501042818 | 11.01 | 00522 | 05-15 | 500060742 | 53.76 |
| 00505 | 05-24 | 500136763 | 52.79 | 00524 | 05-20 | 501042820 | 11.01 |
| | | | | 08 Cheques Pagados | | | $262.62 |
| | | | | 08 Total de retiros | | | $262.62 |

### Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento Cheques | | 3.00 |
| 08 Transacciones en Exceso de | 0 | 0.00 | 0.00 |
| Total de Cargos para este Periodo | | $3.00 |
| **Balance Final** | | **$264.10** |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 o 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 o 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios


**BANCO POPULAR.**

Desde:
01 de mayo de 2013

Hasta:
31 de mayo de 2013

BANKRUPTCY COURT

Página 2

Número de Cuenta
**106-236679**

PROMO IMAGE DIGITAL CENTER INC

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 05-01 | 101.72 | 101.72 | 05-16 | 422.20 | 422.20 |
| 05-02 | 101.72 | 101.72 | 05-17 | 422.20 | 422.20 |
| 05-03 | 101.72 | 101.72 | 05-20 | 400.18 | 400.18 |
| 05-06 | 101.72 | 101.72 | 05-21 | 400.18 | 400.18 |
| 05-07 | 529.72 | 529.72 | 05-22 | 393.16 | 393.16 |
| 05-08 | 529.72 | 529.72 | 05-23 | 372.68 | 372.68 |
| 05-09 | 529.72 | 529.72 | 05-24 | 267.10 | 267.10 |
| 05-10 | 529.72 | 529.72 | 05-28 | 267.10 | 267.10 |
| 05-13 | 529.72 | 529.72 | 05-29 | 267.10 | 267.10 |
| 05-14 | 529.72 | 529.72 | 05-30 | 267.10 | 267.10 |
| 05-15 | 422.20 | 422.20 | 05-31 | 264.10 | 264.10 |

Su balance mínimo durante este período fue: $101.72

Su próximo estado será el 28 de junio de 2013

## ▓ BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                    106-236679      PAGINA 4

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500141451   05/23/13      20.48



0500113213   05/22/13       7.02



0501042818   05/20/13      11.01



0500136763   05/24/13      52.79



0500136765   05/24/13      52.79

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                                    106-236679        PAGINA 5

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500060734   05/15/13        53.76



0500060742   05/15/13        53.76



0501042820   05/20/13        11.01

## MONTHLY SUMMARY OF BANK ACTIVITY -OPERATING ACCOUNT

| | | | | |
|---|---|---|---|---|
| NAME OF DEBTOR | PROMO IMAGE | CASE NUMBER | | 11-10308 ESL 11 |
| REPORT PERIOD BEGINNING | 5/1/2013 | AND ENDING | | 5/31/2013 |
| NAME OF BANK | BANCO POPULAR | BRANCH | | |
| ACCOUNT NAME | PAYROLL | ACCT NO | | 106-236687 |
| PURPOSE OF ACCOUNT | PAYROLL | | | |

| DATE | CK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 3-May | 802 | JESIKA CAMACHO | PAYROLL | 284.16 |
| 20-May | 815 | JESIKA CAMACHO | PAYROLL | 275.52 |
| 29-May | 816 | JESIKA CAMACHO | PAYROLL | 225.76 |
| 13-May | 819 | JESIKA CAMACHO | PAYROLL | 227.12 |
| 29-May | DEBIT MEMO | BANK CHARGES | | 3.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 1,016.36 |
| | | | | |
| | | | | |
| | | | | |


**BANCO POPULAR**

# Estado Bancario

Desde:
01 de mayo de 2013
Hasta:
31 de mayo de 2013

4C

PROMO IMAGE DIGITAL CENTER INC
NOMINA
URB GONZALEZ
54 CALLE D CABRERA
SAN JUAN PR 00925-2414

**BANKRUPTCY COURT**

Página 1

Numero de Cuenta
**106-236687**

PROMO IMAGE DIGITAL CENTER INC

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $0.00 |
| 04 Depósitos | 1,040.76 |
| 05 Retiros | 1,013.36 |
| Cargos por Servicios | 3.00 |
| Balance Final | $24.40 |

## Detalle de la actividad de su Cuenta

### Cheques

| | |
|---|---|
| Balance inicial | $0.00 |

#### Depósitos

##### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-03 | 500186623 | Depósito | 286.00 |
| 05-10 | 500183228 | Depósito | 229.00 |
| 05-20 | 500134541 | Depósito | 300.00 |
| 05-29 | 500142156 | Depósito | 225.76 |
| | | 04 Total de hojas de depósito | $1,040.76 |
| | | 04 Total de depósitos | $1,040.76 |

#### Retiros

##### Cheques Pagados

| Numero de Cheque | Fecha | Referencia | Cantidad | Numero de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00802 | 05-03 | 500186638 | 284.16 | 00916 | 05-29 | 500142156 | 225.76 |
| 00915 | 05-20 | 500134554 | 275.52 | 00919 | 05-13 | 500223313 | 227.12 |
| | | | | 04 Cheques Pagados | | | $1,012.56 |

##### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-03 | 500186623 | Cargos por Servicios Vencidos | 0.80 |
| | | 01 Total de otros retiros | $0.80 |
| | | 05 Total de retiros | $1,013.36 |

Recibe GRATIS en tu correo electrónico
tu Estado de Cuenta comercial!!! Llame
al 787-756-3939 o 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo
Centro de Banca de Negocios y nuestro
nuevo número es el 787-756-3939 o 1-
855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le
ofrece la forma mas rapida y eficiente de
obtener información de sus cuentas
comerciales y servicios relacionados sin
tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y servicios comerciales
- Préstamos Comerciales
- Soluciones de credito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

 **BANCO POPULAR**

Desde:
01 de mayo de 2013
Hasta:
31 de mayo de 2013

**BANKRUPTCY COURT**

Página 2

Número de Cuenta
**106-236687**

PROMO IMAGE DIGITAL CENTER INC

## Cargos por Servicios

| Descripción | | Cargos por Unidad | | Cantidad |
|---|---|---|---|---|
| Mantenimiento Cheques | | | | 3.00 |
| 04 Transacciones en Exceso de | 0 | | 0.00 | 0.00 |
| | | Total de Cargos para este Período | | $3.00 |
| | | Balance Final | | **$24.40** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 05-01 | 0.00 | 0.00 | 05-16 | 2.92 | 2.92 |
| 05-02 | 0.00 | 0.00 | 05-17 | 2.92 | 2.92 |
| 05-03 | 1.04 | 1.04 | 05-20 | 27.40 | 27.40 |
| 05-06 | 1.04 | 1.04 | 05-21 | 27.40 | 27.40 |
| 05-07 | 1.04 | 1.04 | 05-22 | 27.40 | 27.40 |
| 05-08 | 1.04 | 1.04 | 05-23 | 27.40 | 27.40 |
| 05-09 | 1.04 | 1.04 | 05-24 | 27.40 | 27.40 |
| 05-10 | 230.04 | 230.04 | 05-28 | 27.40 | 27.40 |
| 05-13 | 2.92 | 2.92 | 05-29 | 27.40 | 27.40 |
| 05-14 | 2.92 | 2.92 | 05-30 | 27.40 | 27.40 |
| 05-15 | 2.92 | 2.92 | 05-31 | 24.40 | 24.40 |

Su balance mínimo durante este período fue: $0.00

Su próximo estado será el 28 de junio de 2013

# BANCO POPULAR®

PROMO IMAGE DIGITAL CENTER INC                      106-236687      PAGINA 4

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0500186638   05/03/13      284.16



0500134554   05/20/13      275.52



0500142155   05/29/13      225.76



0500223313   05/13/13      227.12